12-28793

Certificate Number: 15725-MD-CC-019426648

15725-MD-CC-019426648

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 15, 2012</u>, at <u>12:59</u> o'clock <u>PM EDT</u>, <u>Toni Anderson</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

FILED
OCT 16 201
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

Date:   <u>October 15, 2012</u>          By:    <u>/s/Jai D Bhatt</u>

Name:  <u>Jai D Bhatt</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).