# UNITED STATE BANKRUPTCY COURT
# DISTRICT OF MARYLAND

TONI ANDERSON "debtor"                                    RE: Case #12-28793

---

## REQUEST FOR EXTENSION OF TIME TO PREPARE MY SCHEDULES

Come now the debtor/petitioner in the above reference U.S. Bankruptcy Court case, to petition the Court for the following:

I am requesting that the court grant me an extension of time for filing my **A-J, B6 Form, Stmt. Of Fin. Affairs, Matrix Verification, and Summary of Schedules.** I have been unable to complete these items due to being hospitalized for heart failure. I was released from the hospital and I am gathering information to complete them. I respectfully ask that the court allows me this extension of time so that I may get in compliance with the courts requirements.

Debtor prays the court will honor this request.


Respectfully,

*[signature]*

I am called Toni Anderson
Petitioner/Debtor
9507 Calvert Manor Court
Ft. Washington, MD 20744

FILED
OCT 31 2012
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT