**SO ORDERED**
**DEADLINE: NOVEMBER 13, 2012**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  12−28793 − TJC    Chapter:  7

Toni Anissa Anderson
9507 Calver Manor Drive
Fort Washington, MD 20744

### NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, SUMMARY OF SCHEDULES AND MATRIX VERIFICATION
### (for individual debtor(s))

   The Debtor(s)' motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

   ORDERED, that the time within which the Debtor(s) shall file **the Statement of Financial Affairs, Schedules, Summary of Schedules and Matrix Verification** is extended to the date designated above; and it is further

   ORDERED, that when filing **the Statement of Financial Affairs, Schedules, Summary of Schedules and Matrix Verification** the Debtor(s) must certify that service of a copy has been made on the Chapter 7 trustee; and

   DEBTOR(S) IS/ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

  cc:   Debtor(s)
        Attorney for Debtor(s) − PRO SE
        Chapter 7 Trustee − Michael G. Wolff
        U.S. Trustee

**22.3 − mburkhart \*\***

### End of Order