# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF MARYLAND

TONI ANDERSON "debtor"                    RE: Case #12-28793

---

### MOTION TO RE OPEN CASE PURSUAN TO 11 USC § 350(b)

Petitioner has mailed last tax returns to trustee and is now in compliance with USC 11 section 521(e)(2)(A). Petitioner will make every effort to be in compliance with this honorable court. Since the purpose of surrendering the taxes are for the benefit of the creditors (according the USC 11 section 521) and no alleged creditors has come forth nor requested them petitioner prays this court will honor petitioner's request.

*[signature]*

I am called Toni Anderson

Petitioner/Debtor

9507 Calvert Manor Court

Ft. Washington, MD 20744

(202) 277-9115

## Certificate of Service

I toni anissa anderson, HEREBY CERTIFY that on this 30th day of December 2012, a copy of the MOTION TO RECONSIDER were filed in Greenbelt Bankruptcy Court and mailed to Michael G Wolff Goren, Wolff & Orenstein, LLC

15245 Shady Grove Road

Suite 465, North Lobby Rockville, MD 20850.

I am called Toni Anderson

Petitioner/Debtor

9507 Calvert Manor Court

Ft. Washington, MD 20744

(202) 277-9115