UNITED STATE BANKRUPTCY COURT

DISTRICT OF MARYLAND

TONI ANDERSON "debtor"                    RE: Case #12-28793

---

**Debtor's Proof of Unsecured Claim
on Behalf of alleged Creditor & Request for Bar Date
Pursuant to 11 U.S.C. § 501 AND FRBP 3004**

1. *Debtor*, who is filing this proof of claim, is the Debtor in this case and resides at 9507 Calvert Manor Court Fort Washington, Maryland 20744 (here in after call debtor's property).

2. U.S. Bank National Associations As Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2 is not a creditor of the Debtor.

3. U.S. Bank National Associations As Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2 does not have a security agreement with Debtor.

4. U.S. Bank National Associations As Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2 does not have a secured claim against debtor's property.

5. This fair market value of the residence is about $375,000.

6. Debtor is filing the Proof of Claim on behalf of U.S. Bank National Associations As Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2 because U.S. Bank National Associations As Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2 did not.

*[signature]*

Toni Anderson – All Rights Reserved

Aka Neteira El

9507 Calvert Manor Court

Fort Washington, MD 20744

(202) 277-9115

Certificate of Service

I, TONI ANDERSON , certify that on this 5th day of February 2013 I mailed a true and correct copy of the above Debtor's Proof of Unsecured Claim on Behalf of alleged Creditor Pursuant to 11 U.S.C. § 501 and FRBP 3004 to the address below:

US Bank National Association

60 Livingston Avenue

St. Paul, MN 550107

Michael G Wolff Goren, Wolff & Orenstein, LLC

15245 Shady Grove Road

Suite 465, North Lobby Rockville, MD 20850.

*[signature]*

TONI ANDERSON – All Rights Reserved