

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at GREENBELT

| | |
|---|---|
| In Re: | |
| Toni Anissa Anderson | Case No.　12-28793-TJC |
| Debtor | Chapter　7 |

## ORDER STRIKING DEBTOR'S FILING

The Debtor filed her Chapter 7 petition on October 16, 2012. On October 18, 2012, a notice was issued informing creditors not to file a proof of claim as "there does not appear to be any property available to pay creditors." (Docket No. 6). The chapter 7 trustee filed his Report of No Distribution Report on February 4, 2013. Accordingly, no proofs of claims are to be filed in this case as there are no assets to administer and no distribution will be made.

The Debtor filed a document entitled in part "Debtor's Proof of Unsecured Claim on Behalf of Alleged Creditor. . ." on February 5, 2013. (Docket No. 73). In it she states that she is filing a proof of claim on behalf of U.S. Bank National Association as Trustee for J.P. Morgan Acquisition Trust 2006-WMC2 (the "Trust"). She goes on to state that the Trust is not a creditor of the debtor and does not have a secured claim against the debtor's property.

The Court will strike Docket No. 73. All parties were notified that proofs of claim were not to be filed. Moreover, filing a proof of claim that states that the alleged claimant does not have a claim serves no purpose.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Docket No. 73 shall be stricken from the record.


Cc:  Debtor
     Trustee-
     United States Trustee

**END OF ORDER**