Entered: February 22, 2013
Signed: February 22, 2013

**SO ORDERED**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:  12−28793 − TJC    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Toni Anissa Anderson
aka Neteira Anu El
9507 Calver Manor Drive
Fort Washington, MD 20744

Social Security No.:  xxx−xx−2329

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 10/16/12.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Michael G. Wolff is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** − *yoliver*

**End of Order**
